James O. NEWHOUSE, Petitioner,

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

No. 05–3024.

United States Court of Appeals, Federal Circuit.

Nov. 22, 2004.

ORDER

Petitioner having paid the initial filing fee and having filed the required Statement Concerning Discrimination, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner should compute the due date for filing its brief brief 60 days from the date of filing of this order.

Aaron R. BURDGE, Petitioner,

v.

**DEPARTMENT OF THE NAVY, Respondent.**

No. 04–3393.

United States Court of Appeals, Federal Circuit.

Nov. 23, 2004.

ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.